296 U.S. 627
 56 S.Ct. 149
 80 L.Ed. 445
 James V. ALLRED, Governor of State of Texas et al., petitioners,
v.
STANOLIND OIL & GAS COMPANY et al.
 No. 419.
 Supreme Court of the United States
 October 21, 1935
 
 Mr. Mark McMahon, of Ft. Worth, Tex., for petitioners.
 
 
 1
 For opinion below, see Tyler v. Stanolind Oil & Gas Co., 77 F.(2d) 802.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 3
 Rehearing denied 296 U. S. 663, 56 S. Ct. 169, 80 L.Ed. 472.